UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| | § | **CRIMINAL NO. 4:24-CR-00559** |
| **VS.** | § § | |
| **JOSE MARTINEZ- ORTIZ** | § | |

## **ORDER**

WHEREAS, said defendant joined by his counsel filed a motion requesting a continuance setting forth the grounds for continuance in said motion; accordingly, the Court finds that the ends of justice would be served to the best interest of the public and the defendant, pursuant to Title 18, United States Code, Section 3161(h)(8), <u>et seq</u>, by the granting on the motion for continuance,

The motion for continuance is granted and this criminal action is set for trial on _____ 2025 at _____.m.

Signed this _____ day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE