# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.   Case Number: 4:24−cr−00559

Jose Ulises Martinez−Ortiz

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 2/6/2026

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:   February 3, 2026

Nathan Ochsner, Clerk